AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| United States of America<br>v.<br>SIDIKJON MAMADJONOV<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:17MJ 1945-SALM<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __from 9/2014 to 10/2016__ in the county of __Middlesex__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 1425 | Procurement of Naturalization Unlawfully |
| 18 USC Section 1015 | False Statements on a Naturalization Application |
| 18 USC Section 1546 | False Oath or Declaration Under Penalty of Perjury |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Christopher Evans, DHS-ICE-HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/21/2017

/s/ Sarah A. L. Merriam, USMJ
*Judge's signature*

City and state: New Haven, CT

Sarah A.L. Merriam, United States Magistrate Judge
*Printed name and title*

FILED 2017 DEC 21 AM 10 43 U.S. DISTRICT COURT NEW HAVEN, CT.