UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE THE APPLICATION OF THE UNITED STATES OF AMERICA FOR ARREST WARRANT FOR SIDIKJON MAMADJONOV | : : : : | MISC. CASE NO. 3:17mj1945 (SALM) DECEMBER 21, 2017 |

Contents: Criminal Complaint
Affidavit
Arrest Warrant

Judicial Officer: Hon. Sarah A. L. Merriam, United States Magistrate Judge

Assistant U.S. Attorney: DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct20962
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, Connecticut 06510
(203) 821 3700 / (203) 773 5376 (fax)
Douglas.Morabito@usdoj.gov

Date Sealed: 21 Dec 2017

Date Unsealed:

The Clerk of the Court is directed to seal the contents of this envelope until further order of the Court.

SO ORDERED this 21st day of December 2017, at New Haven, Connecticut.

/s/ Sarah A. L. Merriam, USMJ
THE HONORABLE SARAH A.L. MERRIAM
UNITED STATES MAGISTRATE JUDGE