# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2017 DEC 22 PM 1 41
U.S. DISTRICT COURT
NEW HAVEN, CT.

United States of America
v.
SIDIKJON MAMADJONOV

Case No. 3:17MJ 1945 - SALM

)
)
)
)
)

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* SIDIKJON MAMADJONOV

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 1425 (Procurement of Naturalization Unlawfully)
Title 18, United States Code, Section 1015 (False Statements on a Naturalization Application)
Title 18, United States Code, Section 1546 (False Oath or Declaration Under Penalty of Perjury)

Date: 12/21/2017

/s/ Sarah A. L. Merriam, USMJ
*Issuing officer's signature*

City and state: New Haven, Connecticut

Honorable Sarah A.L. Merriam U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/21/2017, and the person was arrested on *(date)* 12/22/2017
at *(city and state)* New Britain, CT

Date: 12/22/2017

*Arresting officer's signature*

Andrew E Chouite, Special Agent, FBI
*Printed name and title*