UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:17-mj-1945 (SALM) |
| vs. | : |
| SIDIKJON MAMADJONOV | : January 24, 2018 |

**CONSENT MOTION TO CONTINUE PROBABLE CAUSE HEARING**

The defendant, Mr. Sidikjon Mamadjonov, submits the following motion to continue the probable cause hearing in the above-captioned matter for approximately 45 days, pursuant to Rules 5.1(d) and 45(b) of the Federal Rules of Criminal Procedure. Mr. Mamdajonov is presently charged with unlawful distribution of fireworks in violation of 18 U.S.C. § 842. Under 18 U.S.C. § 3161(b), an indictment or information must be filed within 30 days of the defendant's arrest. Rule 5.1(c) of the Federal Rules of Criminal Procedure additionally requires that a preliminary hearing be held within 14 days of the initial appearance of a defendant who has been detained.

The continuance is sought so that Mr. Mamadjonov and counsel may evaluate how to appropriately respond to the charge in this matter, including through the possible resolution of the matter without the need for an indictment or probable cause hearing.

Mr. Mamadjonov has agreed to waive his rights to a preliminary hearing under Rule 5.1 and speedy trial / indictment under § 3161(b) until March 15, 2018. A written waiver is attached to this motion.

This is Mr. Mamadjonov's second request for a continuance of the probable cause hearing in this matter.

Assistant United States Attorney Douglas Morabito has been consulted and consents to this motion.

For the reasons above, Defendant requests that the Court exclude the time through and including March 15, 2018, from calculation under Rule 5.1 and 18 U.S.C. § 3161(b), as a continuance is in the interest of justice.

Respectfully submitted,

THE DEFENDANT,
Sidikjon Mamadjonov

OFFICE OF THE FEDERAL DEFENDER

Dated: January 24, 2018    /s/ James P. Maguire
James P. Maguire
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct29355
Email: James_Maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 24, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James P. Maguire
James P. Maguire