UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO. 3:18-CR-34 (VAB) |
| SIDIKJON MAMADJONOV | : | April 25, 2018 |

**UNOPPOSED MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE**

Mr. Sidikjon Mamadjonov is presently awaiting trial in connection with an indictment alleging that he made false statements to federal officials and in immigration application documents. On January 22, 2018, the Court (Merriam, MJ) ordered that Mr. Mamadjonov be released on home incarceration. On March 22, 2018, the Court (Garfinkel, MJ) modified Mr. Mamadjonov's conditions of release to permit him to seek employment.

Mr. Mamadjonov has been compliant with the terms of his release, and he has recently obtained employment. In order to provide greater flexibility for the United States Probation Office to determine and adjust Mr. Mamadjonov's time in the community, Defendant in consultation with Mr. Mamadjonov's supervising United States Probation Officer and counsel for the government, respectfully requests that the Court modify Mr. Mamadjonov's conditions of release to provide that he be subject to a curfew, the hours of which are to be determined by the United States Probation Officer. Compliance with this condition will continue to be enforced through location monitoring.

United States Probation Officer Vicki Stackpole has been consulted and consents to this motion.

Counsel for the Government, Assistant United States Attorney Douglas Morabito, has been consulted and indicates that the Government defers to the view of Probation.

>Respectfully submitted,
>
>THE DEFENDANT,
>Sidikjon Mamadjonov
>
>OFFICE OF THE FEDERAL DEFENDER

Dated: April 25, 2018                /s/ James P. Maguire
                                     James P. Maguire
                                     Assistant Federal Defender
                                     265 Church Street, Suite 702
                                     New Haven, CT 06510
                                     Phone: (203) 498-4200
                                     Bar No.: ct29355
                                     Email: James_Maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 25, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James P. Maguire
James P. Maguire