UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO.  3:18-CR-34 (VAB) |
| SIDIKJON MAMADJONOV | : | April 25, 2018 |

**UNOPPOSED MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE**

  Mr. Sidikjon Mamadjonov is presently awaiting trial in connection with an indictment alleging that he made false statements to federal officials and in immigration application documents. On January 22, 2018, the Court (Merriam, MJ) ordered that Mr. Mamadjonov be released on home incarceration. On March 22, 2018, the Court (Garfinkel, MJ) modified Mr. Mamadjonov's conditions of release to permit him to seek employment. On April 25, 2018, the Court (Bolden, J.) further modified Mr. Mamadjonov's conditions to provide that he be subject to a curfew in lieu of home confinement.

  Mr. Mamadjonov has remained compliant with the terms of his release, and he has recently received an employment offer in Springfield, MA, a relatively short distance from his home in Connecticut. The position would be based principally in Springfield but would require travel to other locations in Massachusetts. Mr. Mamadjonov's previous employment has ended, and he is a principal source of support for his family. Defendant therefore respectfully requests that Mr. Mamadjonov's conditions be modified to provide that he may travel to Massachusetts for employment purposes.

United States Probation Officer Vicki Stackpole has been consulted and consents to this motion.

Counsel for the Government, Assistant United States Attorney Douglas Morabito, has been consulted and indicates that the Government defers to the view of Probation.

Respectfully submitted,

THE DEFENDANT,
Sidikjon Mamadjonov

OFFICE OF THE FEDERAL DEFENDER

Dated: August 24, 2018         /s/ James P. Maguire
                               James P. Maguire
                               Assistant Federal Defender
                               265 Church Street, Suite 702
                               New Haven, CT 06510
                               Phone: (203) 498-4200
                               Bar No.: ct29355
                               Email: James_Maguire@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 24, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                               /s/ James P. Maguire
                               James P. Maguire