UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO. 3:18-CR-34 (VAB) |
| SIDIKJON MAMADJONOV | : | November 9, 2018 |

**UNOPPOSED MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE**

    Mr. Sidikjon Mamadjonov is presently awaiting trial in connection with an indictment alleging that he made false statements to federal officials and in immigration application documents. On January 22, 2018, the Court (Merriam, MJ) ordered that Mr. Mamadjonov be released on home incarceration. On March 22, 2018, the Court (Garfinkel, MJ) modified Mr. Mamadjonov's conditions of release to permit him to seek employment. On April 25, 2018, the Court (Bolden, J.) further modified Mr. Mamadjonov's conditions to provide that he be subject to a curfew in lieu of home confinement.

    Mr. Mamadjonov has remained consistently compliant with the terms of his release. His supervising United States Probation Officer has been consulted and has indicated that because Mr. Mamadjonov has presented no issues while on supervision, continued use of location monitoring appears to be more restrictive than necessary. Defendant accordingly requests that the Court modify Mr. Mamadjonov's conditions of release to remove the current location monitoring and associated curfew conditions.

    Counsel for the Government, Assistant United States Attorney Douglas Morabito, has been consulted and indicates that the Government defers to the view of Probation.

Respectfully submitted,

THE DEFENDANT,
Sidikjon Mamadjonov

OFFICE OF THE FEDERAL DEFENDER

Dated: November 9, 2018

/s/ James P. Maguire
James P. Maguire
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct29355
Email: James_Maguire@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James P. Maguire
James P. Maguire