# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL No. 3:18CR34(VAB) |
| V. | : | |
| SIDIKJON MAMADJONOV | : | |

## NOTICE OF INTENT TO USE
## FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION
## PURSUANT TO 50 U.S.C. §§ 1806(c) and 1825(d)

The United States, through its undersigned attorney, hereby provides notice to defendant Sidikjon Mamadjonov and to the Court, that pursuant to *Title 50, United States Code, Sections 1806(c) and 1825(d),* that the United States intends to use or otherwise disclose at pre-trial hearings, the trial and other related proceedings in this case, information obtained or derived from electronic surveillance and physical searches authorized by the United States Foreign Intelligence Surveillance Court pursuant to the authority granted by the Foreign Intelligence Surveillance Act of 1978, as amended.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

/s/ Douglas P. Morabito

DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct20962
United States Attorney's Office
157 Church Street
New Haven, Connecticut 06510
(203) 821-3700
Douglas.Morabito@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, a copy of the foregoing was filed electronically, by facsimile and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s Douglas P. Morabito

DOUGLAS P. MORABITO

ASSISTANT UNITED STATES ATTORNEY