UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO. 3:18-CR-34 (VAB) |
| SIDIKJON MAMADJONOV | : | April 8, 2019 |

## **MOTION TO SUPPRESS EVIDENCE**

Pursuant to Federal Rule of Criminal Procedure 12(b)(3)(C), Defendant Sidikjon Mamadjonov moves to suppress evidence obtained in violation of the Fifth and Sixth Amendments to the United States Constitution, including Mr. Mamadjonov's statements on November 20 and 20, 2017.

The grounds for this motion are set forth in the accompanying memorandum of law, which per agreement with counsel for the Government will follow. Mr. Mamadjonov requests that the Court schedule an evidentiary hearing on this motion to resolve any disputed factual matters relevant to disposition of this motion.

        Respectfully submitted,

        THE DEFENDANT,
        Sidikjon Mamadjonov

        OFFICE OF THE FEDERAL DEFENDER

Dated: April 8, 2019        /s/ James P. Maguire
        James P. Maguire
        Assistant Federal Defender
        265 Church Street, Suite 702
        New Haven, CT 06510
        Phone: (203) 498-4200
        Bar No.: ct29355
        Email: James_Maguire@fd.org

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 8, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                        /s/ James Maguire
                                        Assistant Federal Defender