UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO. 3:18-CR-34 (VAB) |
| SIDIKJON MAMADJONOV | : | July 1, 2019 |

**<u>UNOPPOSED MOTION FOR MODIFICATION OF CONDITIONS OF RELEASE</u>**

Mr. Sidikjon Mamadjonov is presently awaiting trial in connection with an indictment alleging that he made false statements to federal officials and in immigration application documents. Mr. Mamadjonov initially appeared in this matter on December 22, 2017. On January 22, 2018, the Court (Merriam, MJ) ordered that Mr. Mamadjonov be released subject to conditions. Over the past year and a half Mr. Mamadjonov's conditions have been modified several times to provide greater freedom of movement in keeping with his demonstrated compliance with the terms of his release. He is presently permitted to travel outside the state of Connecticut, however, only to Massachusetts for work purposes.

Mr. Mamadjonov wishes to travel to New York for a day in the coming week so that he can help his mother move from her home in Connecticut to a residence in the Brooklyn, New York. Defendant has consulted with Mr. Mamadjonov's supervising United States Probation Officer, who has no concerns with the proposed travel. Counsel for the government indicates that the government defers to the view of Probation and the Court.

In light of Mr. Mamadjonov's demonstrated history of compliance with the conditions of release and his stable employment and family circumstances, Defendant, again in consultation with

Probation, requests that Mr. Mamadjonov's conditions of release be modified such that he may generally leave the state for non-overnight travel with advance permission from Probation. Probation supports this modification and the government defers to the view of Probation and the Court.

Mr. Mamadjonov's supervising United States Probation Officer Vicki Stackpole has been consulted and consents to this motion.

Counsel for the Government, Assistant United States Attorney Douglas Morabito, has been consulted and indicates that the Government defers to the view of Probation and the Court.

Respectfully submitted,

THE DEFENDANT,
Sidikjon Mamadjonov

OFFICE OF THE FEDERAL DEFENDER

Dated: July 1, 2019  /s/ James P. Maguire
James P. Maguire
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct29355
Email: James_Maguire@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James P. Maguire
James P. Maguire