UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL No. 3:18CR34(VAB) |
| V. | : | |
| SIDIKJON MAMADJONOV | : | |

AMENDED NOTICE OF INTENT TO USE
FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its undersigned attorney, hereby provides notice to defendant Sidikjon Mamadjonov and to the Court, that pursuant to Title 50, United States Code, Section 1806(c), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. §§ 1801-1812.

    Respectfully submitted,

    JOHN H. DURHAM
    UNITED STATES ATTORNEY
    /s/
    DOUGLAS P. MORABITO
    ASSISTANT UNITED STATES ATTORNEY
    Federal Bar No. ct20962
    United States Attorney's Office
    157 Church Street
    New Haven, Connecticut 06510
    (203) 821-3700
    Douglas.Morabito@usdoj.gov

STEVEN WARD
Trial Attorney
D.C Bar No. 395410
Department of Justice, National Security Division
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530
(202) 305-2461
Steven.Ward@usdoj.gov

## CERTIFICATION

I hereby certify that on August 26, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/
DOUGLAS P. MORABITO
ASSISTANT UNITED STATES ATTORNEY