UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18CR34(VAB) |
| | : | |
| v. | : | FILED WITH CLASSIFIED |
| | : | INFORMATION SECURITY |
| SIDIKJON MAMADJONOV | : | OFFICER |
| | : | |
| | : | *EX PARTE* |
| | : | *IN CAMERA* |
| | : | |
| | : | UNDER SEAL |

**UNCLASSIFIED PROTECTIVE ORDER**

Before the Court is the Government's Supplemental Ex Parte, In Camera, Under Seal Motion for a Protective Order Pursuant to the Classified Information Procedures Act Section 4 and Federal Rules of Criminal Procedure 16(d), filed September 13, 2022 ("Government's Motion"). Having considered the Government's Motion, and for good cause shown, it is hereby:

**ORDERED** that the Government's Motion is **GRANTED**; and it is further,

**ORDERED** that the Government may provide the substitutions described in the Government's Motion lieu of the classified information in its original form, which shall be handled in accordance with an appropriate order under Section 3 of the Classified Information Procedures Act; and it is further,

**ORDERED** that the Government's Motion is hereby sealed and shall remain preserved in the custody of the Classified Information Security Officer, in accordance with established court security procedures, to be made available for appellate review, in the event of an appeal.

**SO ORDERED** this 8th day of February, 2023.

/s/ Victor A. Bolden
Victor A. Bolden
United States District Judge