UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO. 3:18-CR-34 (VAB) |
| SIDIKJON MAMADJONOV | : | February 8, 2023 |

## DEFENDANT'S TRIAL MEMORANDUM

In anticipation of the jury selection in this matter scheduled for February 27, 2023, Defendant submits the following trial memorandum. As noted below, the defense proposes to respond to arguments raised by the government's memorandum by Friday February 10, 2023.

Nature of the Case:

The government in this case claims that Mr. Sidikjon Mamadjonov knowingly and willfully made material false statements to the Federal Bureau of Investigation on two occasions in 2014 and on one occasion in 2016. The government further claims that these alleged offenses involved international terrorism. The government additionally claims Mr. Mamadjonov made a false statement in an immigration document in 2016. Mr. Mamadjonov has pled not guilty to each of these charges.

Counsel for the Defense:

Mr. Mamadjonov will be represented at trial by Assistant Federal Public Defenders James Maguire and Kelly Barrett.

Defense Witnesses:

The defense intends to call as an expert witness Professor Brian Glyn Williams. A summary of Professor Williams' opinions and his CV are attached.

Additionally, Mr. Mamadjonov reserves his right to testify in his own defense.

Defense Exhibits:

The defense intends to offer as Exhibit 1001 the complete video of Mr. Mamadjonov's interrogation by the FBI on November 21, 2022. This video will be offered, pursuant to Fed. R. Ev. 106, to complete the partial recording to be offered by the government as Exhibit 212.

Relatedly, the defense will offer as 1001A a forthcoming transcript of the above recording.

Length of Defense Case:

The defense anticipates that the testimony of Professor Williams will require less than one day; however, an additional day of testimony may be required should Mr. Mamadjonov testify.

Evidentiary Issues:

Through motions *in limine* the defense has objected to the introduction of certain categories of evidence to be offered by the government. In response to the government's most recent proposed exhibit list, the defense identifies the following specific exhibits as subject to these objections:

- Exhibits 101B, 101C, and 302E are travel records for members of the Mamadjonov family other than Saidjon Mamadjonov. These records do not bear on whether Mr. Mamadjonov

committed the alleged false statement offenses and should be excluded under Fed. R. Ev. 401 and 403.

- Exhibit 102 reflects a query of the ARC airline database for individuals with first and last names corresponding to Mr. Mamadjonov and his family (excluding Saidjon Mamadjonov). In addition to the above objections, this document does not include dates of birth or other specific identifying information to confirm it even reflects Mr. Mamadjonov's family members.

- Exhibit 103 appears to be forthcoming. As such the defense reserves the right to object to this exhibit.

- Exhibits 104 and 207 contain financial records regarding claimed transactions involving Mr. Mamadjonov. As previously stated, these materials have no relevance to the charges in this case and should be excluded pursuant to Fed. R. Ev. 401 and 403.

- Exhibits 208 and 209 are audio recordings and transcripts of individuals other than Mr. Mamadjonov in 2015 that the defense understands the government claims either relate to Mr. Mamadjonov or to a scheme to provide material support to a terrorist organization. These recordings have no bearing on the charged offenses and serve only to (falsely) paint Mr. Mamadjonov in a negative light by association.

- Exhibits 302C and 303A are immigration documents submitted by Mr. Mamadjonov in 2010. Exhibit 302A is an application for name change submitted by Mr. Mamadjonov in 2016. Absent a foundation for the relevance of these documents, Defendant objects to their introduction.

The defense understands that the government contemporaneously filed memorandum contains substantive legal arguments, including on the above matters. Defendant proposes to address those arguments a separate filing to be submitted by Friday February 10, 2023.

Defendant's proposed *voir dire* and verdict form are filed under separate header. Defendant has previously filed proposed jury instructions.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | THE DEFENDANT,<br>Sidikjon Mamadjonov |
|  | OFFICE OF THE FEDERAL DEFENDER |
| Dated: February 8, 2023 | /s/ James P. Maguire<br>James P. Maguire<br>Assistant Federal Defender<br>265 Church Street, Suite 702<br>New Haven, CT 06510<br>Phone: (203) 498-4200<br>Bar No.: ct29355<br>Email: James_Maguire@fd.org |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 8, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James P. Maguire
James P. Maguire