UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:18CR34 (VAB) |
| | : | |
| v. | : | |
| | : | |
| SIDIKJON MAMADJONOV | : | |

ORDER FOR TEMPORARY TRANSFER OF CUSTODY

Based on the motion of the Government, by and through Assistant United States Attorney Edward Chang, and for good cause shown, it is hereby:

ORDERED that the United States Marshals Service (and/or the Warden of the Bridgeport Correctional Center, 1106 North Ave, Bridgeport, CT 06604) shall release the detainee of ABROR HABIBVOV (USMS #62065-018; A087216174), to FBI Special Agent Steven Rendon, or to any other Special Agents and/or Task Force Officers of the Federal Bureau of Investigation, any time between 8:00 a.m. and 6:30 p.m. on February 24, 2023, by which time the defendant will be returned to the custody of the United States Marshals Service (and/or the Warden of the Bridgeport Correctional Center), and thereafter at the request of the United States Attorney for the District of Connecticut.

SO ORDERED this ___ day of February, 2023, at Bridgeport, Connecticut.

_____
HONORABLE VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE