UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SIDIKJON MAMADJONOV. | No. 3:18-cr-34 (VAB) |

### JURY VERDICT FORM

I. **Count One: False Statement on or about May 29, 2014**

As to the charge in Count One of making a materially false, fictitious, or fraudulent statement or representation to the Federal Bureau of Investigation, we the jury unanimously find the defendant Sidikjon Mamadjonov:

Not Guilty _____   Guilty ✓

If the verdict is Guilty on this Count, we unanimously find beyond a reasonable doubt that this offense involved international terrorism.

Yes _____   No ✓

Proceed to Part II.

II. **Count Two: False Statement on or about November 18, 2014**

As to the charge in Count Two of making a materially false, fictitious, or fraudulent statement or representation to the Federal Bureau of Investigation, we the jury unanimously find the defendant Sidikjon Mamadjonov:

Not Guilty _____   Guilty ✓

If the verdict is Guilty on this Count, we unanimously find beyond a reasonable doubt that this offense involved international terrorism.

Yes _____   No ✓

Proceed to Part III.

III. **Count Three: False Statement on or about August 17, 2016**

As to the charge in Count Three of making a materially false, fictitious, or fraudulent statement or representation to the Federal Bureau of Investigation, we the jury unanimously find the defendant Sidikjon Mamadjonov:

Not Guilty \_\_\_\_\_       Guilty ✓

If the verdict is Guilty on this Count, we unanimously find beyond a reasonable doubt that this offense involved international terrorism.

Yes \_\_\_\_\_       No ✓

Proceed to Part IV.

IV. **Count Four: False Statement in an Immigration Matter**

As to the charge in Count Four of making a false statement with respect to a material fact in a document required by the immigration laws, we the jury unanimously find the defendant Sidikjon Mamadjonov:

Not Guilty \_\_\_\_\_       Guilty ✓

**YOUR ANSWERS MUST BE UNANIMOUS.**

*Please double check your answers above and then sign and date this verdict form.*

/s/ _____       March 7, 2023
Foreperson                              Date