UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:18CR34(VAB) |
| | : | |
| v. | : | FILED WITH CLASSIFIED |
| | : | INFORMATION SECURITY |
| SIDIKJON MAMADJONOV | : | OFFICER |
| | : | |
| | : | *EX PARTE* |
| | : | *IN CAMERA* |
| | : | |
| | : | UNDER SEAL |

## UNCLASSIFIED PROTECTIVE ORDER

This matter is before the Court on the Government's Second Supplemental Ex Parte, In Camera, Under Seal Motion for a Protective Order Pursuant to the Classified Information Procedures Act Section 4 and Federal Rules of Criminal Procedure 16(d), filed February 24, 2023 ("Government's Motion"). The Court, having considered the Government's Motion, and for good cause shown, it is hereby:

**ORDERED** that the Government's Motion is granted; and it is further,

**ORDERED** that the Government may provide the substitutions described in the Government's Motion lieu of the classified information in its original form, which shall be handled in accordance with an appropriate order pursuant to Section 3 of the Classified Information Procedures Act; and it is further,

**ORDERED** that the Government's Motion is hereby sealed and shall remain preserved in the custody of the Classified Information Security Officer, in accordance with established court security procedures, to be made available to the appellate court in the event of an appeal.

**SO ORDERED** this 24th day of February, 2023.

_____
HONORABLE VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE