UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | CRIMINAL NO 3:18cr34(VAB) |
| v. | : | |
| | : | |
| SIDIKJON MAMADJONOV | : | July 8, 2024 |

### SUPPLEMENTAL MEMORANDUM IN AID OF SENTENCING

The Defendant, Sidikjon Mamadjonov, respectfully submits this supplement to his Memorandum in Aid of Sentencing filed on June 26, 2024. Doc. # 279. Attached to this supplemental memorandum as Exhibit B is a letter of support from Mr. Mamadjonov's wife, Khilola Akhmedova, and as Exhibit C, a letter from his mother, Usmanova Alia, which letters were not available at the time of filing of the principal brief.

        Respectfully Submitted,

        THE DEFENDANT
        Sidikjon Mamadjonov,

        FEDERAL DEFENDER OFFICE

Date: July 08, 2024        */s/ Kelly Barrett*
        Kelly M. Barrett
        First Assistant Federal Defender
        265 Church Street, 7th FL
        New Haven, CT 06510
        Phone: (203) 498-4200
        Bar No.: ct27410
        Email: kelly_barrett@fd.org

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 08, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        */s/ Kelly M. Barrett*
        Kelly M. Barrett